United States District Court
Southern District of Texas
**ENTERED**
April 29, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DEIBY AGUILAR, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 3:15-CV-207 |
| § | |
| FRIEDE & GOLDMAN, LLC, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

The Court has considered the plaintiffs' motion to voluntarily dismiss their lawsuit, the response and opposition by the Defendants, and the briefing presented by counsel.

After considering the Motion, the record, and the docket sheet in this case, the Court finds that the Motion to Dismiss without Prejudice (Dkt. 21) should be **GRANTED**.

All other relief is denied.

All other pending motions are DENIED as moot.

SIGNED at Galveston, Texas, this 29th day of April, 2016.

*George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge